UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

                Plaintiff,

    v.

CITY OF MILWAUKEE; and
JERREL KRUSCHKE, in his official
capacity as COMMISSIONER OF
PUBLIC WORKS,

                Defendants,

DEER DISTRICT LLC,

                Intervenor-Defendant.

Case No. 2:23-cv-01581-BHL

---

## INTERVENOR-DEFENDANT'S NOTICE OF APPEAL

Please take notice that Intervenor-Defendant Deer District LLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Amended Final Judgment (ECF No. 43) entered in this action on January 29, 2024.

Respectfully submitted this 9th day of February, 2024.

| | |
|---|---|
| Reinhart Boerner Van Deuren s.c.<br>22 East Mifflin Street, Suite 700<br>Madison, WI 53703<br>Telephone: 608-229-2200<br>Facsimile: 608-229-2100<br><br>Mailing Address:<br>P.O. Box 2018<br>Madison, WI 53701-2018 | s/Daniel G. Murphy<br>Jessica Hutson Polakowski<br>WI State Bar ID No. 1061368<br>jpolakowski@reinhartlaw.com<br>Daniel G. Murphy<br>WI State Bar ID No. 1097740<br>dmurphy@reinhartlaw.com<br><br>Attorneys for Intervenor-Defendant,<br>Deer District LLC |

51245033